IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00244–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICOLE PULLER,
2. GLENN PULLER,
3. TALITA JAMES, and
4. TAIWAN LEE,

    Defendants.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **August 21, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is July 21, 2006. All responses shall be filed by July 28, 2006. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Friday, **August 11, 2006**. The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>August 9, 2006</u>.

Dated: June 27, 2006