IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Action No. 06-cr-00244-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICOLE PULLER,
2. GLENN PULLER,
3. TALITA JAMES,
4. TAIWAN LEE,
5. CINDY INGRAM,
6. RONALD FONTENOT, and
7. TORRENCE JAMES,

    Defendants.

---

# ORDER

---

On August 22, 2006, the Government filed the "Superseding Indictment" (#95). Defendants are renumbered in the "Superseding Indictment" by the Government, thereby changing the numbering sequence used heretofore in this case. The Case Management/Electronic Case Filing (CM/ECF) system used by the court is unable to renumber defendants previously added in the case for various technical and statistical reasons. Therefore it is

**ORDERED**:

    1.    The Defendants will be numbered in this case according to the following sequence:

        1. NICOLE PULLER,
        2. GLENN PULLER,

      3.  TALITA JAMES,
      4.  TAIWAN LEE,
      5.  CINDY INGRAM,
      6.  RONALD FONTENOT, and
      7.  TORRENCE JAMES.

DATED this 29th day of August, 2006.

                                              BY THE COURT:


                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge