# IN THE UNITED STATES OF DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Edward W. Nottingham

Nel Steffens, Deputy Clerk                                   Date: November 3, 2006
Therese Lindblom, Court Reporter

Criminal Action No. 06-cr-00244-EWN

*Parties:*                                                   *Counsel:*

UNITED STATES OF AMERICA,                                    Kenneth Harmon
                                                            Tim Neff

      Plaintiff,

v.

1.  NICOLE PULLER,                    Neil MacFarlane
3.  TALITA JAMES,                     Christopher Leach for Harvey Steinberg
4.  TAIWAN LEE,                       Thomas Hammond
7.  TORRENCE JAMES,                   Gary D. Fielder

      Defendants.

---

## COURTROOM MINUTES

---

**Motions Hearing**

**2:20 p.m.**      Court in session.

Discussion with Defendant Nicole Puller regarding Motion to Suppress (#79) and motion (letter) to appoint counsel (#166).

**ORDERED:  1.      Defendant Nicole Puller's motion (letter) to appoint new counsel (#166, filed November 1, 2006) is DENIED.**

**ORDERED:  2.      Defendant Nicole Puller's Motion to Suppress Items Seized Pursuant to Search Warrant (#79, filed August 18, 2006) is DENIED.**

**ORDERED:  3.      Defendant Talita James' Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence (#81, filed August 18, 2006) is GRANTED.**

Courtroom Minutes
Judge Edward W. Nottingham
Page 2

**ORDERED:  4.    Defendant Talita James' Motion to Disclose and Produce *Brady* (Exculpatory) Material (#82, filed August 18, 2006) is GRANTED.**

**ORDERED:  5.    Defendant Talita James' Motion for Production of <u>Bruton</u> and Rule 801(d)(2)(E) Materials And Motion for Pretrial Determination of Admissibility of Alleged Co-conspirator Statements (#83, filed August 18, 2006) is GRANTED in part and DENIED in part.**

**ORDERED:  6.    Defendant Talita James' Motion for Preservation of Recordings and Notes (#85, filed August 18, 2006) is GRANTED.**

**ORDERED:  7.    Defendant Torrence James' Motion for Additional Time to Provide Reciprocal Discovery (#150, filed October 31, 2006) is GRANTED.**

**ORDERED:  8.    Defendant Talita James' Discovery Motion (#84, filed August 18, 2006) is DENIED.**

**ORDERED:  9.    Defendant Torrence James' Amended Motion for Discovery (#123, filed September 28, 2006) is DENIED.**

Mr. Neff states that the Second Superseding Indictment has been filed.

Discussion regarding Defendant Fontenot.

**2:40 p.m.**    Court in recess.

Hearing concluded.

Total time: 00:20