IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter<br>Elizabeth Oppenheimer, Tom Destito,<br>Edwin Colunga, and Kurt Pierpont,<br>Probation Officers | Date: June 1, 2007 |

Criminal Action No. 06-cr-00244-EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff and Kenneth Harmon |
| Plaintiff, | |
| v. | |
| 1.  NICOLE PULLER, | Neil MacFarlane |
| 3.  TALITA JAMES, | Harvey Steinberg |
| 4.  TAIWAN LEE, | Thomas Hammond |
| 6.  RONALD FONTENOT, | Scott Poland |
| 7.  TORRENCE JAMES, | Gary Fielder |
| Defendants. | |

Criminal Action No. 93-cr-00007-EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff and Kenneth Harmon for Guy Till |
| Plaintiff, | |
| v. | |
| 1. RONALD FONTENOT, | Scott Poland |
| Defendant. | |

Criminal Action No. 05-cr-00182-EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
| Plaintiff, | |
| v. | |
| 1. TALITA JAMES, | Harvey Steinberg |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing as to 06-cr-00244-EWN**
**Supervised Release Violation Hearing as to 93-cr-00007-EWN**
**Supervised Release Violation Hearing as to 05-cr-00182-EWN**

**2:16 p.m.** Court in session.

Appearances of counsel.

Court will proceed with sentencing of Defendant Taiwan Lee (4) and Defendant Talita James (3).

**Defendant Taiwan Lee pled guilty on January 5, 2007, to Count 8 of the Second Superseding Indictment.**

Mitigation statement by Mr. Hammond.

Statement by Defendant Lee.

Statement by Mr. Neff.

Court's findings.

*Sentencing Minutes*
*06-cr-00244-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 7*

**ORDERED: 1.**     **No fine is imposed.**

**ORDERED: 2.**     **Defendant is imprisoned for a term of thirty months, consecutive to the sentence imposed in Arapahoe County District Court case no. 02-cr-1709.**

**ORDERED: 3.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 4.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.**     **Conditions of supervised release are:**

    **a.**    **Defendant is to observe all of the standard conditions of supervised release.**

    **b.**    **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.**    **Defendant is not to illegally possess or use controlled substances.**

    **d.**    **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.**    **Defendant is not to commit a federal, state, or local crime.**

    **f.**    **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.**    **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with all periodic payment obligations imposed pursuant to the court's judgment and sentence.**

*Sentencing Minutes*
*06-cr-00244-EWN*
*Judge Edward W. Nottingham*
*Page 4 of 7*

**ORDERED: 6.** **Defendant shall make restitution payments in the total amount of $381,833.00. It is to be satisfied no later than when the term of supervision expires. It is due and payable during the term of incarceration. Any unpaid balance is to be paid during the term of supervision in either a lump sum or in equal monthly installments, commencing within thirty days of release from a term of imprisonment to term of supervised release. The interest requirement is waived. Any partial payment shall be proportioned among the victims in the ratio to which each victim's loss bears to the total.**

**ORDERED: 7.** **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 8.** **Payments made pursuant to the court's judgment shall be applied in the following order: (i.) special assessment, (ii.) restitution principal.**

**ORDERED: 9.** **Plea agreement is accepted.**

**ORDERED: 10.** **Government's Motion to Dismiss Counts of the Indictment and Motion Pursuant to USSG § 3E1.1 to Award Defendant a Three Point Reduction in Offense Level for Acceptance of Responsibility (#286, filed March 28, 2007) is GRANTED.**

**ORDERED: 11.** **Government's Motion for Sentencing Reduction for Defendant Taiwan Lee Pursuant to U.S.S.G. § 5K1.1 (#289, filed March 28, 2007) is GRANTED.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

Court responds to Mr. Hammond's questions regarding payment of restitution.

**2:37 p.m.**    Mr. Hammond is excused.

**Defendant Talita James pled guilty on January 5, 2007, to Count 15 of the Second Superseding Indictment.**

*Sentencing Minutes*
*06-cr-00244-EWN*
*Judge Edward W. Nottingham*
*Page 5 of 7*

Mitigation statement by Mr. Steinberg.  Sentencing is being considered at the same time as Supervised Release Violation in case no. 05-cr-00182-EWN.

Statement by Defendant.

Statement by Mr. Neff.

Court's findings.

**ORDERED:  12.      No fine is imposed.**

**ORDERED:  13.      Defendant Talita James  is imprisoned for a term of twenty-four months.**

Court recommends that the Bureau of Prisons designate FPC Danbury for service of sentence.

**ORDERED:  14.      Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED:  15.      Within seventy-two hours of her release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which she is released.**

**ORDERED:  16.      Conditions of supervised release are:**

        **h.      Defendant is to observe all of the standard conditions of supervised release.**

        **i.      Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

        **j.      Defendant is not to illegally possess or use controlled substances.**

        **k.      Defendant is to submit to one drug test within 15 days of her release and two other periodic tests, as directed by the probation officer.**

        **l.      Defendant is not to commit a federal, state, or local crime.**

*Sentencing Minutes*
*06-cr-00244-EWN*
*Judge Edward W. Nottingham*
*Page 6 of 7*

        **m.**    **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

        **n.**    **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

        **o.**    **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless she is in compliance with all periodic payment obligations imposed pursuant to the court's judgment and sentence.**

**ORDERED: 17.**    **Defendant shall make restitution payments in the total amount of $295,302.00. It is to be satisfied no later than when the term of supervision expires. It is due and payable during the term of incarceration. Any unpaid balance is to be paid during the term of supervision in either a lump sum or in equal monthly installments, commencing within thirty days of release from a term of imprisonment to term of supervised release. The interest requirement is waived. Any partial payment shall be proportioned among the victims in the ratio to which each victim's loss bears to the total.**

**ORDERED: 18.**    **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 19.**    **Payments made pursuant to the court's judgment shall be applied in the following order: (i.) special assessment, (ii.) restitution principal.**

**ORDERED: 20.**    **Plea agreement is accepted.**

Defendant is advised of her right to appeal.

Defendant is ordered to surrender herself voluntarily to the facility designated by the United States Bureau of Prisons by August 31, 2007.

As to the Supervised Release Violation in case no. 05-cr-00182-EWN:

*Sentencing Minutes*
*06-cr-00244-EWN*
*Judge Edward W. Nottingham*
*Page 7 of 7*

**ORDERED:  21.    Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of three months, consecutive to sentence imposed in case no. 06-cr-00244-EWN.**

Mr. Steinberg requests that the drug treatment condition be dropped and that the supervised release sentence be served concurrently.  Court denies both requests.

Defendant is continued on bond.

**3:12 p.m.**    Mr. Steinberg and Defendant Talita James are excused.

Discussion regarding exhibits tendered by the Government as they pertain to remaining present defendants.

**3:14 p.m.**    Court in recess.

**3:21 p.m.**    Court in session.

Court continues the remaining portions of this hearing.

Counsel are directed to chambers for new sentencing date as to Defendants Nicole Puller, Ronald Fontenot, and Torrence James.

**3:24 p.m.**    Court in recess.

Total time in court: 01:01

Hearing continued.