IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08-cv-00241-EWN
Criminal Action No. 06-cr-00244-EWN-03

UNITED STATES OF AMERICA,

v.

TALITA JAMES,

    Movant.

---

## ORDER
---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before March 12, 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated: February 12, 2008.

                                                      BY THE COURT:

                                                    s/ Edward W. Nottingham
                                                    EDWARD W. NOTTINGHAM
                                                    Chief United States District Judge