IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00244–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. TALITA JAMES,

    Defendant.

## ORDER

For reasons stated orally on the record during the status conference held March 26, 2008, it is **ORDERED** as follows:

    1.    The "Motion to Vacate Sentence" [459] is DENIED.

    2.    The "Motion to Proceed in Forma Pauperis" [458] is DENIED as moot.

    3.    The "Motion for Leave to Appeal In Forma Pauperis" [346] is moot.

    4.    The clerk shall close the related civil file (08-cv-00241).

Dated this 27th day of March, 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              Chief United States District Judge