IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00244–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. TALITA JAMES,

    Defendant.

## ORDER

    Defendant's letter (#508), a motion for reconsideration, is DENIED.

**SO ORDERED.**

    Dated this 5th day of August, 2008.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    Chief United States District Judge